UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JESSICA ANTONACCI, | ) |
| Plaintiff(s), | ) |
| v. | )  No. 4:20-CV-01841-PLC |
| ALLERGAN USA, INC., et al., | ) |
| Defendant(s). | ) |

**ORDER**

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled cause is randomly reassigned from Magistrate Judge Patricia L. Cohen to District Judge Audrey G. Fleissig.

December 21, 2020
Date

*Gregory J. Linhares*           /
Clerk of Court

By: /s/ Chelsea Olliges           /
CHELSEA OLLIGES
Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 4:20-CV-01841-AGF**